```
                   UNITED STATES BANKRUPTCY COURT
                      SOUTHERN DISTRICT OF OHIO
                           EASTERN DIVISION
```

IN RE:                            :
    Shannon M. Nott             :       Case No: 2:13-53454
                                         Chapter 13
        Debtor                  :       Judge C. Kathryn Preston
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
              NOTICE OF CHANGE OF ADDRESS FOR DEBTOR
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Notice is hereby given that Debtor, Shannon M. Nott, has changed her address from 1625 Wright Street, Bellefontaine, Ohio 43311 to 1422 Township Road 56, Bellefontaine, Ohio 43311.

                                            /s/Anthony B. Pennington
                                            ANTHONY B. PENNINGTON
                                            Attorney for Debtor
                                            Lic No. 0007640
                                            1107 Upper Valley Pike
                                            Springfield, Ohio 45504
                                            (937) 325-4446

<u>CERTIFICATE OF SERVICE</u>

    I hereby certify that a copy of the foregoing Notice of Change of Address was issued to the following by ordinary U.S. Mail on November 3, 2015:

Shannon M. Nott (Debtor), 1422 Township Road 56, Bellefontaine, Ohio 43311

    I hereby certify that a copy of the foregoing Notice of Change of Address was issued to the Court's transmission facilities for electronic service on the following ECF participants on November 3, 2015:

Frank M. Pees, Chapter 13 Trustee, 130 East Wilson Bridge Road, Suite 200, Worthington, OH 43085

Office of the U.S. Trustee, 170 North High Street, Suite 200, Columbus, Ohio 43215.

                                            /s/Anthony B. Pennington
                                            ANTHONY B. PENNINGTON
                                            Attorney for Debtor